MOOS FUR DYEING CORPORATION, Respondent, v. BROOKLYN EDISON COMPANY, INC., Appellant.— Judgment and resettled order reversed upon the law

* Appeal dismissed, 258 N. Y. 627.
‡ Affd., 258 N. Y. 597.

and the facts and a new trial granted, costs to abide the event. In our opinion prejudicial errors were committed by the court in refusing to charge as requested at folio 1052 and in admitting in evidence plaintiff's Exhibits 9-A, 9-B and 9-E. Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ., concur.